IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASSURANCE COMPANY OF AMERICA, individually and as Subrogee of its insured, Coastal Builders, Inc., | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 10-0112-CG-B ) |
| AMERISURE MUTUAL INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the court's order entered this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor defendant, Amerisure Mutual Insurance Company, and against plaintiff, Assurance Company of America. Therefore, plaintiff's claims against said defendant are hereby **DISMISSED WITH PREJUDICE**. Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this 12th day of March, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE